IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RONNIE L. THOMAS, AIS #197740,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 15-0605-CG-N |
| ) | |
| **CHIEF KENNY BRAZIL,** ) | |
| ) | |
|    **Defendant.** ) | |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. GenLR 72(a)(2)(R), and dated June 7, 2016, is **ADOPTED** as the opinion of this Court.

     **DONE and ORDERED** this 15th day of July, 2016.

                                   /s/ Callie V. S. Granade
                                   SENIOR UNITED STATES DISTRICT JUDGE